IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JILL TALMAN, and JOHN C. TALMAN,<br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br>Defendant. | **8:26CV280**<br><br>**ORDER** |

Upon notice of settlement filed by Plaintiffs Jill Talman and John C. Talman, (Filing No. 23),

**IT IS ORDERED:**

1. On or before November 13, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case. All progression and briefing deadlines are stayed until further order of the court.

Dated this 29th day of September, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge