IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JILL TALMAN, and JOHN C. TALMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | **8:26CV280**<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice. Filing 25. The parties stipulate to the dismissal of this matter with prejudice and with each party to bear its own costs and attorneys' fees. Filing 25 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal With Prejudice, Filing 25, is accepted, and this matter is dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

The Clerk of Court shall close the case.

Dated this 1st day of October, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge